IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Gwen Kennedy, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>Chaac Foods, LLC and Chaac Chicken Southeast, LLC, <br><br>　　　　　Defendants. | Civil Action No.: |

**NOTICE OF AND PETITION FOR REMOVAL**

TO:  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA; COURT OF COMMON PLEAS FOR GREENVILLE COUNTY, SOUTH CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD

YOU WILL PLEASE TAKE NOTICE that Defendant, Chaac Foods, LLC ("the Defendant"), by and through its undersigned counsel, with the consent and approval of Defendant Chaac Chicken Southeast, LLC, hereby invokes the removal jurisdiction of the United States District Court for the District of South Carolina on the following grounds:

1. On or about November 12, 2025, the Plaintiff named above filed a civil action against the above-captioned Defendants in the Circuit Court of Greenville County, South Carolina, C.A. No. 2025-CP-23-07485. The Complaint was served upon the Defendant on January 14, 2026. The action is one in which the Plaintiff seeks to pierce the corporate veil of the Defendant related to a judgment obtained against Defendant Chaac Chicken Southeast, LLC. See generally Compl. The Defendant files and presents this Notice of Removal

1

within thirty (30) days after receipt by the Defendant of the Summons and Complaint as required by 28 U.S.C. § 1446.

2. This action is removable to the United States District Court based upon 28 U.S.C. § 1441. The above-described action is a civil action over which this Court has jurisdiction by way of diversity pursuant to 28 U.S.C. § 1332 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, is between citizens of different states, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441. Complete diversity exists amongst the Plaintiff and Defendants.

3. The Plaintiff is alleged to be a resident and citizen of South Carolina. The Defendant Chaac Foods, LLC is a limited liability company created under the laws of Delaware. The Defendant Chaac Foods, LLC's members are not citizens of South Carolina or companies or corporations created under the laws of South Carolina. Neither the Defendant nor its members do business in South Carolina or have their principal place of business in South Carolina. The Defendant Chaac Chicken Southeast, LLC ("CCSE") is a limited liability company created under the laws of Texas. CCSE's members are not citizens of South Carolina or companies or corporations created under the laws of South Carolina. Neither the Defendant nor its members do business in South Carolina or have their principal place of business in South Carolina. The Plaintiff's Complaint pleads damages in excess of $75,000 consequently the amount in controversy is satisfied. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446(a). Defendant files this Notice of Removal in the United States District Court for the District of South Carolina, which is the district court of the United States for the district embracing the state court where the State Court Action is pending. Further, Plaintiff commenced the State Court Action in

Greenville County, South Carolina, which is located within the Greenville Division of the United States District Court for the District of South Carolina. Therefore, the Greenville Division is the proper venue for this action.

4. Copies of all pleadings served upon the removing Defendant in this action are attached hereto as Exhibit A and incorporated by reference.

5. Nothing in this Notice of Removal shall be interpreted or construed as a waiver or relinquishment of the removing Defendant's right to assert any defense, including, but not limited to, those defenses available under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

6. Pursuant to 28 U.S.C. § 1446(c), this Notice of and Petition for Removal is being filed within one (1) year of the date of the commencement of the original action.

7. The removing Defendant is providing the Clerk of Court from which this action was removed with a copy of this Notice of and Petition for Removal.

8. All the Defendants hereto consent and agree to this removal.

WHEREFORE, the Defendant prays that this Honorable Court accept this Notice of and Petition for Removal and hereby undertakes jurisdiction in the above-entitled cause of action now pending in the Court of Common Pleas for the County of Greenville, State of South Carolina, that the same be removed to this Honorable Court and that all proceedings in said case in the Court of Common Pleas for the County of Greenville, State of South Carolina, be stayed.

                                      **CASSIDY COATES PRICE, P.A.**

                                      s/ Fred W. "Trey" Suggs III
                                      Fred W. "Trey" Suggs III (Federal ID No. 9015)
                                      P.O. Box 10529
                                      Greenville, SC  29603
                                      tsuggs@cassidycoates.com
                                      Phone:  864-349-2600
                                      Fax:  864-349-0303
                                      **Attorney for Defendant, Chaac Foods, LLC**

February 13, 2026
Greenville, South Carolina